IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| J.F., a minor child,                )<br>                                              )<br>            Petitioner,              )<br>                                              )<br>v.                                          )<br>                                              )<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security Administration,   )<br>                                              )<br>            Respondent.            )<br>_____) | Case No. CV 05-346-MHW<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order which affirmed the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the respondent and the case is dismissed with prejudice.

DATED: September 7, 2006

_____
Honorable Mikel H. Williams
United States Magistrate Judge